Psychology YME, P.C., as Assignee of Josie Gonzalez, Respondent, 
against
Travelers Insurance, Appellant. 




Law Office of Aloy O. Ibuzor (Gregory W. Broido of counsel), for appellant.
Zara Javakov, P.C. (Zara Javakov of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin S. Garson, J.), entered March 27, 2018. The order denied defendant's motion for summary judgment dismissing the complaint and granted plaintiff's cross motion for summary judgment.




ORDERED that the order is reversed, with $30 costs, defendant's motion for summary judgment dismissing the complaint is granted and plaintiff's cross motion for summary judgment is denied.
In this action by a provider to recover assigned first-party no-fault benefits, defendant appeals from an order of the Civil Court denying defendant's motion which had sought summary judgment dismissing the complaint based on plaintiff's failure to provide requested verification within 120 days of the initial verification request (see 11 NYCRR 65-3.5 [o]), and granting plaintiff's cross motion for summary judgment.
Defendant's proof was sufficient to demonstrate prima facie that it had timely mailed initial and follow-up verification requests (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]); that it had not received the requested verification; and that it had timely denied the claim on that ground. In opposition, plaintiff failed to raised a [*2]triable issue of fact.
Accordingly, the order is reversed, defendant's motion for summary judgment dismissing the complaint is granted and plaintiff's cross motion for summary judgment is denied.
PESCE, P.J., ALIOTTA and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 01, 2019